SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
cm@SoCalEAG.com

Attorneys for Plaintiff,
IGNACIO VERA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO VERA,<br><br>        Plaintiff,<br><br>    vs.<br><br>WOODMAN AVENUE PARTNERSHIP, A CALIFORNIA LIMITED PARTNERSHIP; and DOES 1 to 10,<br><br>        Defendants. | **Case No.: 2:24-cv-02883 FMO (AGRx)**<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff IGNACIO VERA ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  July 11, 2024

**SO. CAL EQUAL ACCESS GROUP**

_____/s/ Jason J. Kim_____
JASON J. KIM
Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE



1

2   DATED:  July 11, 2024                    K&L GATES LLP

3

4                                            By:_____*/s/ John Thomas Coates*_____
                                                     J. David Bournazian,
5                                                    Attorney for Defendants

6

7

8
            Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)
9

10          Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all

11   signatories listed, and on whose behalf the filing is submitted, concur in the filing's

12   content and have authorized the filing.

13

14                                           By: */s/ Jason J. Kim*_____
                                                  Jason J. Kim
15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          -2-